CR 23-165 JWB/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| v. | 18 U.S.C. § 924(a)(8) |
| SAMIT MAO, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of Firearm)

On or about March 17, 2023, in the State and District of Minnesota, the defendant,

**SAMIT MAO,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, that is:

| Crime | Jurisdiction | Date of Conviction (in or about) |
|---|---|---|
| Second Degree Drug Possession | Washington County, Minnesota | February 2007 |
| First Degree Assault | Ramsey County, Minnesota | February 2019 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed, in and affecting interstate and foreign commerce, a firearm, that is, a Springfield, model Hellcat, 9mm semi-automatic pistol, serial number

SCANNED
APR 27 2023
U.S. DISTRICT COURT ST. PAUL

U.S. v. Samit Mao

BA312996, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, connected with, or used in the commission of such Count, including but not limited to a Springfield, model Hellcat, 9mm semi-automatic pistol, serial number BA312996, and ammunition seized therewith.

A TRUE BILL

_____         _____
**UNITED STATES ATTORNEY**                **FOREPERSON**